```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
MONEKE LATASHA NELMS,          *
                               *
     Plaintiff,                *    CIVIL ACTION NO. 14-00018-B
                               *
vs.                            *
                               *
CAROLYN W. COLVIN,             *
Commissioner of Social Security,*
                               *
     Defendant.                *
```

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED.**

**DONE** this **26th** day of **March, 2015.**

                              /s/ SONJA F. BIVINS
                         **UNITED STATES MAGISTRATE JUDGE**